236 So.2d 30

**MARYLAND NATIONAL INSURANCE COMPANY**

v.

**Honorable Jim GARRISON, District Attorney in and for the Parish of Orleans et al.**

No. 50566.

June 8, 1970.

Writ refused. On the facts shown, the result is correct.

236 So.2d 30

**Jacob L. KARNO**

v.

**LOUISIANA TAX COMMISSION and Lawrence A. Chehardy, Assessor.**

No. 50570.

June 8, 1970.

Writ refused. We find no error of law in the judgment of the Court of Appeal.